IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The government's request for hearing (filing 38) is granted.

(2)     A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 36) has been set before the undersigned United States district judge on Thursday, November 1, 2007, at 11:30 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)     The United States Marshal is directed to return the defendant to the district for the hearing.

October 29, 2007.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge