IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3013 |
| ) | |
| JASON ROBERTSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 57, now set for March 22, 2011, at 12:30 p.m. until a date certain in approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 20th day of April, 2011, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated March 21, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge