IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:06CR3013 |
| JASON ROBERTSON, | ) |
| Defendant. | ) |

**<u>ORDER</u>**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 59, now set for April 20, 2011, at 12:30 p.m. until a date certain in approximately 30 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 3rd day of June, 2011, at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated this 15th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge