IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON ROBERTSON, ) <br> ) <br> Defendant. ) | Case No. 4:06CR3013 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 61, now set for June 3, 2011, at 12:30 p.m. until a date certain in approximately 30 days. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 7th day of July, 2011, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 1st day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge