IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3013 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON ROBERTSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On January 20, 2011, the defendant appeared in person with his attorney, John C. Vanderslice. The United States was represented by Sara Fullerton, Assistant United States Attorney. Defendant admits he violated a mandatory condition of his terms and conditions of supervised release. The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Petition on Offender Under Supervision (filing 46).

    On July 7, 2011, the disposition hearing was held. The United States was represented by Sara Fullerton, Assistant United States Attorney. The defendant was present and represented by his attorney, John C. Vanderslice.

    IT IS ORDERED: Defendant's term of supervised release is revoked and the defendant is sentenced to time served with no period of supervised release to follow. This concludes the case.

    DATED this 8th day of July, 2011.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge